UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD WOODBY,<br><br>   Plaintiff,<br><br>vs.<br><br>RYTEC CORPORATION and INDUSTRIAL EQUIPMENT SOLUTIONS INC.,<br><br>   Defendants. | NO. CV-08-146-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulation for Entry of Order of Dismissal (Ct. Rec. 38). This motion was heard on an expedited basis without oral argument. The parties inform the Court that they have reached a settlement and seek dismissal of the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Entry of Order of Dismissal (Ct. Rec. 38) is **GRANTED**.

2. The above-captioned matter is **dismissed with prejudice**, without an award of fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file.**

**DATED** this 19th day of February, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2008\Woodby\dismiss.ord.wpd

**ORDER GRANTING STIPULATED MOTION TO DISMISS** * 1